FLORA S. EVARTS, as Administratrix of the Estate of GRANT K. EVARTS, Deceased, Appellant, *v.* S. HOWES COMPANY, INC., Respondent.

(Argued May 13, 1932; decided June 2, 1932.)

*William S. Stearns* for appellant.

*Percy R. Smith* and *Harold J. Adams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.